**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OSAMA ASHRAK MANSI TAWFIK, | : | Civil No. 1:26-CV-00568 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN, PIKE COUNTY | : | |
| CORRECTIONAL CENTER, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 8th day of April, 2026, in accordance with the

accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The amended petition for writ of habeas corpus, Doc. 5, is
**GRANTED**.

2) Respondents shall **IMMEDIATELY RELEASE** Petitioner from
custody on his own recognizance.

3) Respondents shall certify compliance with this order by filing a
declaration or affidavit pursuant to 28 U.S.C. § 1746 no later than
**Friday, April 10, 2026, at 5:00 p.m.** confirming that Petitioner has
been released from custody.

4) Respondents are **PERMANENTLY ENJOINED** from detaining
Petitioner pursuant to 8 U.S.C. § 1225.

5) Petitioner may file a motion for fees and costs under the Equal Access
to Justice Act within 30 days of final judgment in this action.

1

6) The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
